**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 90-1031
_____

JULIA DONELSON HOUSTON, ET AL.,
                                    Plaintiffs-Appellees,
          VERSUS

RUTH M. THOMAS, ET AL.,
                                    Defendants,
STATE OF LOUISIANA and LAKE PROVIDENCE PORT COMMISSION,
                         Intervening Defendants-Appellants.
_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

ON REMAND FROM THE THE UNITED STATES SUPREME COURT

(February 12, 1993)

Before POLITZ, Chief Judge, and DUHÉ, Circuit Judge[1].

PER CURIAM:

As directed by the Supreme Court[2], this matter is remanded to the district court which shall dismiss the claims of Louisiana against Mississippi for lack of jurisdiction, and which shall proceed to determine the claims of the private litigants.

REMANDED WITH INSTRUCTIONS.

---

[1]  Judge Alvin B. Rubin was a member of the original panel which heard this case but he died on June 11, 1991.  This matter is being handled by a quorum.  28 U.S.C. § 46(d).

[2]  Mississippi Et Al v. Louisiana Et Al, ___ U.S. ___, 113 S. Ct. 542 (1992).